# WALLER COUNTY



Liz Pirkle
DISTRICT CLERK

836 AUSTIN STREET, ROOM 318
HEMPSTEAD, TEXAS 77445

FAX: 979 / 826-7738

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 2:55:05 PM
CHRISTOPHER A. PRINE
Clerk

November 5, 2015

Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

THE STATE OF TEXAS

COUNTY OF WALLER

　　　BEFORE ME, the undersigned authority, personally appeared LIZ PIRKLE, who being duly sworn according to law, on her oath states:

"My name is Liz Pirkle, I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts stated in this affidavit and they are true and correct.

I am the DISTRICT CLERK OF WALLER COUNTY, TEXAS, and serve as the clerk of the 506th Judicial District Court, in which occurred the trial of the case entitled:

BROC D. SPEDALE, INDIVIDUALLY AND IN THE RIGHT OF VISION UP, LLC

　VS.

　RANDY J. HUGHES, REBOLD INVESTMENTS, LLC, RB INVESTMENTS, BECKY HUGHES, DILLON HUGHES AND VISION UP, LLC

---

**Cause Number:** ___13-12-22278___

**First Court of Appeals Number:** ___14-15-00793-CV___

November 5, 2015

Trial Court Case Number:   13-12-22278

First Court of Appeals Number:  14-15-00793-CV

Notice of Appeal was filed on the above case on September 16, 2015.  A request for the Designation of Record and payment of a $75.00 deposit was emailed to Attorney Timothy Hootman on September 17, 2015.  A request for the preparation of the Clerk's Record was received by the District Clerk's Office on October 22, 2015, and payment of the $75.00 deposit was received on October 26, 2015.  A Bill of Costs with a balance due of $964.00 was mailed to Mr. Hootman by regular First Class Mail on October 27, 2015.   As of today, November 5, 2015, no payment of the balance due has been received.  If an extension is granted, the Clerk's Record will be completed and filed electronically once payment in full is received.


_____
Liz Pirkle

DISTRICT CLERK


SUBSCRIBED and SWORN TO BEFORE ME BY Liz Pirkle, on this the 5th day of November, 2015.

_____
Janie Derrick, Deputy District Clerk


cc: Hon. Terry Flenniken, terryflenniken@gmail.com
    Timothy Hootman, thootman2000@yahoo.com
    Justin W.R. Renshaw, justin@renshaw-norwood.com
    Dale Felton, dwf@dalefelton.com
    Lisa J. Mathews, lisamathewslaw@yahoo.com
    Scott Hunziker, scott@vosslawfirm.com
    Robyn Wiley, reporter@court506.com
    Terri Robason, Trobason1@yahoo.com